# JANUARY TERM, 1873, AT LANSING.

———◇———

### Robert Shook v. William H. Proctor.

*Notice of appeal: Rule construed.* The notice of appeal provided for by rule fourteen is not one of jurisdiction, and failure to serve it, is not ground for dismissing an appeal.

Appeal in Chancery from Branch Circuit.

Motion to dismiss appeal, for failure on the part of the appellant to serve the notice of appeal required by rule fourteen, within the time therein specified.

*J. B. Shipman*, for the motion.

*J. H. McGowan, contra.*

THE COURT held that the notice in question is not one of jurisdiction. The court cannot pass a rule to deprive itself of a jurisdiction conferred upon it by statute.

Motion denied.